IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN E. WANBAUGH                                                          PLAINTIFF

      v.            Civil No. 05-5214

OFFICER FIELDS, Fayetteville Police
Department, and OFFICER FAUGHT,
Fayetteville Police Department                                              DEFENDANTS

## **O R D E R**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion **on or before September 15, 2006**. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 25th day of July 2006.

                                              **/s/ Beverly Stites Jones**
                                        _____
                                        HON. BEVERLY STITES JONES
                                        UNITED STATES MAGISTRATE JUDGE