```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**STEVEN E. WANBAUGH**                                         **PLAINTIFF**

**v.**                       **Civil No. 05-5214**

**OFFICER FIELDS, Fayetteville
Police Department; and OFFICE
FAUGHT, Fayetteville Police
Department**                                                   **DEFENDANTS**

### O R D E R

Now on this 23rd day of August, 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #18, filed August 1, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' motion for summary judgment is hereby **denied**.

**IT IS SO ORDERED.**

                                    **/s/Jimm Larry Hendren
                                    HON. JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE**