IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN E. WANBAUGH                                                                              PLAINTIFF

      v.                                  Civil No. 05-5214

OFFICER FIELDS, Fayetteville
Police Department; and OFFICER
FAUGHT, Fayetteville Police Department                                              DEFENDANTS

**O R D E R**

    This case is currently scheduled for a non-jury trial on November 29, 2007. On November 2, 2007, defendants filed a motion (Doc. 26) to continue. Defendants counsel indicate they both have conflicts with the current trial setting.

    The motion to continue (Doc. 26) is granted. The non-jury trial will be rescheduled by separate notice.

    IT IS SO ORDERED this 6th day of November 2007.

                              /s/ *J. Marschewski*
                              HON. JAMES R. MARSCHEWSKI
                              UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)